UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-21641-Civ-GOODMAN
**[CONSENT CASE]**

CAFE INTERNATIONAL
HOLDING COMPANY LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

_____/

## FINAL JUDGMENT

The Court has granted Defendant Westchester Surplus Lines Insurance Company's ("Defendant") Motion for Judgment on the Pleadings and dismissed the Complaint with prejudice. *See* ECF No. 86. Pursuant to Federal Rule of Civil Procedure 58(a), full and final judgment is hereby entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing in this action.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 6, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record