**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  20-21641-CIV-GOODMAN

CAFE INTERNATIONAL HOLDING
COMPANY LLC,

       Plaintiff,
v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

       Defendant.
_____/

**AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff in the above-named case, CAFE INTERNTIONAL HOLDING COMPANY LLC, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order on Defendant's Motion for Judgment on the Pleadings entered on May 4, 2021 [DE 86]; and Final Judgment entered on May 6, 2021 [DE 88].[1]

                                              Respectfully submitted,

                                              */s/ Steven C. Marks*
                                              Steven C. Marks
                                              Florida Bar No. 516414
                                              PODHURST ORSECK, P.A.
                                              SunTrust International Center
                                              One S.E. 3rd Avenue, Ste. 2300
                                              Miami, FL 33131
                                              smarks@podhurst.com

                                              *Attorneys for Plaintiff*

---

[1] Plaintiff previously filed this notice of appeal through the court's electronic filing system on June 3, 2021, but the system does not appear to have registered the notice or served the notice on the parties, although it accepted Plaintiff's $505 filing fee and sent Plaintiff a receipt for that fee. In an abundance of caution, Plaintiff is refiling the notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 4, 2021 as filed with the Clerk of the Court using CM/ECF.

By:    <u>/s/ Steven C. Marks</u>
       Steven C. Marks

2

**Podhurst Orseck, P.A.**
One S.E. Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com